```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

WENDY LEE RAGAN                                         PLAINTIFF

VS.                              CIVIL ACTION NO. 3:11CV679TSL-MTP

MICHAEL J. ASTRUE, COMMISSIONER                         DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## ORDER

This cause is before the court on the objections of plaintiff Wendy Lee Ragan to the magistrate judge's report and recommendation entered on August 16, 2012. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objections are without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about August 16, 2012, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that commissioner's motion to affirm is granted and that plaintiff's motion for judgment on the pleadings is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 2nd day of October, 2012.

                                                        /s/ Tom S. Lee_____
                                                        UNITED STATES DISTRICT JUDGE